# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

VLAD OGANISYAN,

               Petitioner,

     v.

FERETI SEMAIA, *et al.*,

               Respondents.

Case No. 5:25-cv-01826-RAO

**JUDGMENT**

     Pursuant to the Court's Order Granting In Part Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241,

     IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted in part and Judgment is entered in favor of Petitioner.

DATED: 5/22/2026

                         /s/
                HONORABLE ROZELLA A. OLIVER
                UNITED STATES DISTRICT JUDGE